# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Irah Lee Goodwin,                                    Civil No. 20-cv-1761 (SRN/TNL)

    Petitioner,

v.                                                                  **ORDER**

United States of America,

    Respondent.

---

Irah Lee Goodwin, Reg No. 16195-041, USP Allenwood, P.O. Box 3000, White Deer, PA 17887, petitioner pro se.

Ana H. Voss and Ann M Bildtsen, United States Attorney's Office, 300 S 4th St Ste 600, Minneapolis, MN 55415, for respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 21, 2020 [Doc. No. 3], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 8, 2020                         s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge